IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CRIMINAL DIVISION
No. 7:19-cr-00018-D-1

UNITED STATES OF AMERICA,  )
      v.  )
  )
RICARDO ABDEL  )
  )
_____/ )

### ORDER ON MOTION TO SEAL

This cause having come before this Court on Defendant's Motion to Seal Motion for Continuance of Sentencing, and the Court being otherwise fully advised in the premises, it is;

**ORDERED AND ADJUDGED** that the Defendant's Motion is hereby GRANTED.

SO ORDERED. This 26 day of June 2019.

JAMES C. DEVER III
United States District Judge