IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-cr-00018-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| RICARDO ABDEL, | ) |
| | ) |
| Defendant. | ) |

This matter comes before the Court on the United States of America's Motion to seal its response with an attached exhibit 3, [D.E. 52-2, 52-8], in opposition to Defendant's motion for compassionate release. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the United States response and attached exhibit 3, [D.E. 52-2, 52-8], in opposition to Defendant's motion for compassionate release.

SO ORDERED this 30 day of July, 2020.

JAMES C. DEVER, III
United States District Judge