UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:19-CR-00018-D-1

UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　　ORDER
　　　　　　　　　　　　　　　　)
RICARDO ABDEL,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　)

UPON CONSIDERATION OF the United States' Unopposed Motion for a One-Day Extension of time to file its response in opposition to Defendant's motion for compassionate release, and the entire record,

IT IS HEREBY ORDERED on this __30__ day of __July__, 2020, that the United States' Motion for One-Day Extension of Time to File its response in opposition to Defendant's motion for compassionate release until June 29, 2020, is GRANTED;

THE CLERK'S OFFICE IS DIRECTED to file the response and exhibits attached to the United States' motion and such filings shall be deemed timely filed as of June 29, 2020 in accord with this Order extending time to file.[1]

SO ORDERED.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES C. DEVER, III
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The response and Exhibit 3 to the response remain subject to the Court's ruling on the United States' motion to seal those filings.

1